AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| Bait Productions Pty Ltd. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 8:13cv174T 33TBM |
| Shauna Christiansen | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Shauna Christiansen
9660 W. Camphor Lane
Crystal River, FL 34428

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Richard E. Fee
IP Enforcement Law Group, P.A.
1227 N. Franklin Street
Tampa, FL 33602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAN 16 2013

Date: _____

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*